FILED
09 MAY -1 PM 2:21

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     Case No: CV 09 80080 MISC

Patrick James Manshardt - #178085

**ORDER TO SHOW CAUSE**

_____/

It appearing that Patrick James Manshardt has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective March 7, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before June 2, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Patrick James Manshardt
Attorney At Law
1 Bunker Hill Building
601 West 5th Street, 8th Floor
Los Angeles, CA 90071