FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          No CV-09-80080   MISC VRW

Patrick James Manshardt,
                                           ORDER
    State Bar No 178085
_____/

On May 1, 2009, the court issued an order to show cause (OSC) why Patrick James Manshardt should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business & Professions Code, effective March 7, 2009.

The OSC was mailed to Mr Mahshardt's address of record with the State Bar on May 6, 2009. A written response was due on or before June 2, 2009. No response to the OSC has been filed as of this date.

The court now orders Patrick James Manshardt removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

                                           _____
                                           VAUGHN R WALKER
                                           United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

PATRICK JAMES MANSHARDT ,

_____/

Case Number: CV09-80080 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick James Manshardt
#1 Bunker Hill Bldg.
601 West 5th Street, 8th Floor
Los Angeles, CA 90071

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*